**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Murray Hooper,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro et al.,<br><br>    Respondents. | No. CV 98-2164-PHX-SMM<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pending before the Court is Respondents' motion for an extension of time to file their response to Petitioner's renewed motion to amend. Petitioner does not oppose Respondents' motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Respondents' unopposed motion for an extension of time. (Dkt. 109.) Respondents' response shall be filed by February 8, 2007.

DATED this 8th day of January, 2007.

_____
Stephen M. McNamee
United States District Judge