WO

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MURRAY HOOPER, ) | Case No. CIV 98-2164-PHX-SMM |
| ) | |
| Petitioner, ) | |
| v. ) | **O R D E R** |
| ) | **CAPITAL CASE** |
| DORA B. SCHRIRO, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

Pursuant to Petitioner's Motion for Order to Release Exhibit to Counsel (Doc. 120) and good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Motion for Order to Release Exhibit to Counsel.  (Doc. 120.)

**IT IS FURTHER ORDERED** directing the Maricopa County Superior Court Clerk's Office (Department of Exhibits) to release to Thomas J. Phalen or to Philip A. Seplow the photographic line-up photo of Murray Hooper, Exhibit 376 in case number CR 120721(A).[1]  Said photograph shall be released no later than **Friday, July 11, 2008.**

///

///

///

///

///

---

[1] Hooper brought this motion at the suggestion of the clerks at the Department of Exhibits, Maricopa County Superior Court Clerk's Office, with whom counsel consulted. Counsel was advised that an Order from this Court releasing the photograph to counsel for a reasonable time was the best way to accomplish the color copying of the photograph.

1

**IT IS FURTHER ORDERED** that Counsel shall return said photograph to the Maricopa County Superior Court Clerk no later **Friday, August, 15, 2008.**

DATED this 1st day of July, 2008.

_____
Stephen M. McNamee
United States District Judge