WO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Murray Hooper,

                Petitioner,

   v.

Charles L. Ryan, et al.,

                Respondents.

No. CV-98-02164-PHX-SMM

DEATH PENALTY CASE

**O R D E R**

       IT IS SO ORDERED that Petitioner's Motion for Extension of Time (Doc. 143) is granted. The briefing scheduled is modified as follows:

1.     Petitioner shall file his supplemental brief addressing the *Martinez* and Claim 16 issues no later than January 23, 2015.

2.     Respondents shall file their response to the supplemental brief no later than March 27, 2015.

3.     Petitioner shall file his reply to the supplemental brief no later than April 24, 2015.

       DATED this 21st day of November, 2014.

<br>

Stephen M. McNamee
Senior United States District Judge