WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Murray Hooper, | No. CV-98-02164-PHX-SMM |
|---|---|
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| Charles L. Ryan, et al., | **O R D E R** |
| Respondents. | |

IT IS SO ORDERED that Petitioner's Second Motion for Extension of Time (Doc. 145) is granted.

1. Petitioner shall file his supplemental brief addressing the *Martinez* and Claim 16 issues no later than February 23, 2015.

2. Respondents shall file their response to the supplemental brief no later than April 24, 2015.

3. Petitioner shall file his reply to the supplemental brief no later than May 26, 2015.

DATED this 22nd day of January, 2015.

Stephen M. McNamee
Senior United States District Judge