WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Murray Hooper,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Respondents. | No. CV-98-02164-PHX-SMM<br><br>　　DEATH PENALTY CASE<br><br>**O R D E R** |

　　The Court having considered Petitioner's Motion for Extension of Time to File Reply Brief (Doc. 154), and finding good cause therefor,

　　IT IS ORDERED that the motion is granted. Petitioner shall file his reply brief no later than July 27, 2015.

　　DATED this 15th day of May, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge